UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YUDELKA E. PEREZ, MARITZA A. CORTES :
on behalf themselves and of all other similarly : Civ. No.13-CV-07453(RA)(KNF)
situated persons :
                Plaintiffs, :
                                   :
ISABELLA GERIATRIC CENTER, INC. :
                                   :
                Defendant. :
-----------------------------------------------------------------X

## NOTICE OF MOTION FOR FINAL APPROVAL
## OF CLASS SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE, that upon the Declaration of David Harrison, Esq., dated September 13, 2018, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, will move the Court before the Honorable Kevin N. Fox at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on such day and time as counsel may be heard, for an order granting final approval of the class action settlement agreement.

Dated: September 13, 2018        HARRISON, HARRISON & ASSOC., LTD.

                                          /s/ David Harrison_____
                                          David Harrison, Esq.
                                          Julie Salwen, Esq.
                                          110 State Highway 35, Suite 10
                                          Red Bank, NJ 07701
                                          Telephone: 718-799-9111
                                          Facsimile: 718-799-9171
                                          nycotlaw@gmail.com
                                          *Attorneys for Plaintiffs, FLSA Collective Plaintiffs, and the Class*