

350 Linden Oaks, Third Floor, Rochester NY 14625 | **bsk.com**

**KATHERINE MCCLUNG**
kmcclung@bsk.com
P: 585-362-4703
F: 585-362-4773

January 18, 2019

*via Electronic Filing*

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom No. 1506
New York, New York 10007

Re:   *Perez, et al. v. Isabella Geriatric Center, Inc.*, No. 13-cv-07453

Dear Judge Abrams:

Our firm represents the Defendant in the above-reference matter.  I write in response to today's order, setting a conference to discuss the proposed settlement agreement for January 23, 2019 at 11:00 a.m.  Unfortunately, I have a full-day mediation scheduled in Buffalo, New York on that day.  I am writing to request that the conference be rescheduled.  I have conferred with Plaintiffs' counsel, and confirmed that counsel for all parties are available on the following alternative dates and times:

- January 22nd – before 12 p.m. or after 2 p.m.
- January 24th – any time
- February 4th – any time
- February 5th – any time

Thank you for your consideration of this request.

Sincerely,

BOND, SCHOENECK & KING, PLLC

/s/ *Katherine McClung*

Katherine McClung

cc:   David Harrison
      Julie Salwen
      Ernest Stolzer