```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUDELKA E. PEREZ, *et al.*,

        Plaintiffs,

v.

ISABELLA GERIATRIC CENTER, INC.,

        Defendant.

No. 13-CV-7453 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court has reviewed the final Settlement Agreement submitted by Plaintiffs on January 25, 2019. For the reasons stated at the status conference on January 22, 2019, the Settlement Agreement is approved. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 210 and close this case.

SO ORDERED.

Dated:    January 28, 2019
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge